WALTER WASNICK, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 26163.)

Argued April 11, 1946; decided May 29, 1946.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley, Orrin G. Judd* and *Herbert A. Einhorn* of counsel), for appellant. *George M. Simon* and *Charles B. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.